UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Xavier C. Dixon

Case No.: 15-27041
Chapter: 7
Judge: JKS

**NOTICE OF PROPOSED ABANDONMENT**

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on September 5, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  1150 West St. Georges Avenue
Unit A10
Linden, NJ  07036

Fair Market Value:  $160,000

Liens on property:  Subject to a mortgage held by Nationstar Mortgage on which there is due approximately $147,645.

Amount of equity claimed as exempt:  $5,910

Objections must be served on, and requests for additional information directed to:

Name:  Eric R. Perkins, Trustee
Address:  40 West Ridgewood Avenue, Ridgewood, New Jersey  07601
Telephone No.:  (201) 493-3734

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 15-27041-JKS
Xavier C Dixon                                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Aug 04, 2017
                              Form ID: pdf905            Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db             +Xavier C Dixon,    1150 W. St. Georges Avenue, Unit A-10,    Linden, NJ 07036-6140
cr             +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    260 W. 36th Street,    Suite 801,
                 New York, NY 10018-8992
515903228       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515731104      +Barclay's Bank Delaware,    700 Prides Xing,    Newark, DE 19713-6102
515731105      +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
515731107      +DSNB American Express,    PO Box 8218,    Mason, OH 45040-8218
515731108      +FNB Of Omaha,    PO Box 3412,    Omaha, NE 68103-0412
515739219      +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
515897884      +Midland Credit Management Inc as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren MI 48090-2011
515731109     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage,    350 Highland Dr.,    Lewisville, TX 75067)
515731111      +USAA Credit Card,    10750 McDermott Fwy,    San Antonio, TX 78288-1600
515731112      +WFFNATBANK,    800 Walnut Street,    Des Moines, IA 50309-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2017 22:56:20     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2017 22:56:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515819057      +E-mail/Text: g20956@att.com Aug 04 2017 22:56:53     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
515945571      +E-mail/Text: bncmail@w-legal.com Aug 04 2017 22:56:27     Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515731106       E-mail/Text: mrdiscen@discover.com Aug 04 2017 22:55:02     Discover Financial,    PO Box 15316,
                 Wilmington, DE 19850
515739089       E-mail/Text: mrdiscen@discover.com Aug 04 2017 22:55:02     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515731110      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2017 22:51:52     SYNCB/Sleepys,    PO Box 965036,
                 Orlando, FL 32896-5036
515839207      +E-mail/Text: bncmail@w-legal.com Aug 04 2017 22:56:27     USAA SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 8

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Xavier C Dixon dcgoins1@gmail.com,
               G25787@notify.cincompass.com
```

```
District/off: 0312-2          User: admin                Page 2 of 2               Date Rcvd: Aug 04, 2017
                              Form ID: pdf905            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com, gdelmonaco@mdmc-law.com
        Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com, slahr@mdmc-law.com, nj42@ecfcbis.com,gdelmonaco@mdmc-law.com

                                                                                                         TOTAL: 5

Case 15-27041-JKS    Doc 50    Filed 08/06/17    Entered 08/07/17 00:37:14    Desc Imaged
Certificate of Notice    Page 3 of 3